IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC R. GOODS, | * |
| Plaintiff, | * |
| v. | *  Civil Case No. SAG-19-2519 |
| MAYOR AND CITY COUNCIL OF BALTIMORE, | * |
| Defendant. | * |

**ORDER OF JUDGMENT**

For the reasons stated in the accompanying memorandum opinion, it is this 8th day of September, 2021, ORDERED that Defendant's Motion for Summary Judgment, ECF 30, is GRANTED and judgment is ordered in favor of Defendant against Plaintiff. The Clerk is directed to CLOSE this case.

_____/s/_____
Stephanie A. Gallagher
United States District Judge